Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

Katherine A. Neben
Nevada Bar No. 14590
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
(T) (949) 851-3939
(F) (949) 553-7539
kneben@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIANA PAUN, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA, N.A., a national banking association; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>　　　　　　Defendants. | Case No. 2:20-cv-01066-JCM-VCF<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>Complaint filed: June 15, 2020 |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Diana Paun ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Experian to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

1  Plaintiff filed her Complaint on June 15, 2020. (ECF No. 1). The current deadline for Experian to respond to the Complaint is July 16, 2020. Plaintiff and Experian stipulate and agree that Experian shall have until August 13, 2020 to file its responsive pleading.

This is Experian's first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice any party, but due to Experian's counsel recently being retained and to provide an opportunity to review the allegations in the Complaint.

**IT IS SO STIPULATED.**

DATED this 13th day of July 2020.        NAYLOR & BRASTER

By: */s/ Andrew J. Sharples*
Jennifer L. Braster (NBN 9982)
Andrew J. Sharples (NBN 12866)
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

Katherine A. Neben (NBN 14590)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

DATED this 13th day of July 2020.        LAW OFFICE OF KEVIN L. HERNANDEZ

By: */s/ Kevin L. Hernandez*
Kevin L. Hernandez (NBN 12594)
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123

*Attorneys for Plaintiff Diana Paun*

**IT IS SO ORDERED.** Dated this 14th day of July 2020.

_____
UNITED STATES MAGISTRATE JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000