Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DIANA PAUN, an individual;<br><br>Plaintiff;<br><br>v.<br><br>BANK OF AMERICA, N.A., a national banking association; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:20-cv-01066-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A. WITH PREJUDICE** |

Plaintiff, Diana Paun ("Plaintiff"), and Defendant, Bank of America, N.A. ("BANA") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

///

///

///

///

///

1  under FRCP 41(a) as to BANA, with Plaintiff and BANA bearing their own attorneys' fees and
2  costs incurred in this action.
3  Respectfully Submitted.

Dated: June 7, 2021

**LAW OFFICE OF**
**KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: June 7, 2021

**WRIGHT FINLAY & ZAK, LLP**

*/s/ Darren T. Brenner*
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
dbrenner@wrightlegal.net
rhernandez@wrightlegal.net
*Attorneys for Defendant Bank of America, N.A*

Dated: June 7, 2021

**QUILLING SELANDER LOWNDS**
**WINSLETT & MOSER, P.C.**

*/s/ Jennifer Bergh*
Jennifer Bergh, Esq.
Nevada Bar No. 14480
2001 Bryan Street, Suite 1800
Dallas, TX 75201
jbergh@qslwm.com
*Attorney for Defendant Trans Union LLC*

Dated: June 7, 2021

**NAYLOR & BRASTER**

*/s/ Jennifer L. Braster*
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
jbraster@nblawnv.com
areams@nblawnv.com

Katherine A. Neben, Esq.
Nevada Bar No. 14590
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
kneben@jonesday.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: June 11, 2021