Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIANA PAUN, an individual; | Case No.: 2:20-cv-01066-JCM-VCF |
| Plaintiff; | |
| v. | |
| BANK OF AMERICA, N.A., a national banking association; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company; | **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT TRANS UNION LLC WITH PREJUDICE** |
| Defendants. | |

Plaintiff, Diana Paun ("Plaintiff"), and Defendant, Trans Union LLC ("Trans Union") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

///

///

///

///

///

under FRCP 41(a) as to Trans Union, with Plaintiff and Trans Union bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: June 21, 2021

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: June 21, 2021

**QUILLING SELANDER LOWNDS
WINSLETT & MOSER, P.C.**

*/s/ Jennifer Bergh*
Jennifer Bergh, Esq.
Nevada Bar No. 14480
2001 Bryan Street, Suite 1800
Dallas, TX 75201
jbergh@qslwm.com
*Attorney for Defendant Trans Union LLC*

Dated: June 21, 2021

**NAYLOR & BRASTER**

*/s/ Jennifer L. Braster*
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
jbraster@nblawnv.com
areams@nblawnv.com

Katherine A. Neben, Esq.
Nevada Bar No. 14590
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
kneben@jonesday.com
*Attorneys for Defendant Experian
Information Solutions, Inc.*

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED: June 25, 2021