Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIANA PAUN, an individual;<br><br>                    Plaintiff;<br><br> v.<br><br>BANK OF AMERICA, N.A., a national banking association; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>                    Defendants. | Case No.: 2:20-cv-01066-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |

Plaintiff, Diana Paun ("Plaintiff"), and Defendant, Experian Information Solutions, Inc. ("Experian") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

///

///

///

///

///

1  under FRCP 41(a) as to Experian, with Plaintiff and Experian bearing their own attorneys' fees
2  and costs incurred in this action.
3  Respectfully Submitted.

Dated: July 19, 2021

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
***Attorney for Plaintiff***

Dated: July 19, 2021

**NAYLOR & BRASTER**

*/s/ Jennifer L. Braster*
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
jbraster@nblawnv.com

*Katherine A. Neben*
Nevada Bar No. 14590
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
kneben@jonesday.com
***Attorneys for Defendant Experian
Information Solutions, Inc.***

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 23, 2021